**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6152**

———————

WILLIE UNIQUE DAVIS,

                    Plaintiff - Appellant,

          v.

RUBY, Doctor, Riverside Regional Jail; ABASSI, Doctor,
Riverside Regional Jail; CHARLES, Ms., Riverside Regional
Jail,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   John A. Gibney, Jr.,
District Judge. (3:12-cv-00624-JAG)

———————

Submitted:  June 20, 2013          Decided:  June 25, 2013

———————

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie Unique Davis, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Unique Davis appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint. Davis's complaint was conditionally docketed by an order that required Davis to sign and return a consent to the collection of fees form. Davis failed to comply with this order. Davis also failed to pay the statutory filing fee for his complaint. The district court's dismissal of the action, without prejudice, was not an abuse of discretion. See 18 U.S.C. § 1915 (2006). We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED